IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00382-CV

 

Joe Vittonel, Jr.,

                                                                                    Appellant

 v.

 

BNSF Railway Company,

                                                                                    Appellee

 

 

 



From the 21st District
Court

Burleson County, Texas

Trial Court No. 25,152

 



MEMORANDUM  Opinion










 

Joe Vittonel, Jr. appeals from the trial
court’s order granting summary judgment in favor of BNSF Railway Company.  The
clerk’s record in this appeal is past due.  In a letter dated December 15,
2010, the Clerk of this Court notified Vittonel that the clerk’s record had
apparently not been filed because he had failed to pay or make arrangements to
pay the clerk’s fee for the preparation of the clerk’s record.  In the same
letter, the Clerk of this Court warned Vittonel that he must pay or make
arrangements to pay the clerk’s fee and notify this Court of the actions taken
within 21 days after the date of the letter or the appeal would be dismissed
for want of prosecution.  See Tex.
R. App. P. 37.3(b).  More than 21 days have passed, and we have not been
notified whether Vittonel paid or made arrangements to pay the clerk’s fee.

            Accordingly, this appeal is
dismissed.  Id.

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed

Opinion
delivered and filed January 19, 2011

[CV06]